UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GLENN BURTON, JR.                              Case No.: 07-cv-0303
        Plaintiff,

v.

AMERICAN CYANAMID, et al,
        Defendants.

---

RAVON OWENS                                Case No.: 07-cv-0441
        Plaintiff,

v.

AMERICAN CYANAMID, et al.,
        Defendants.

---

ERNEST GIBSON                              Case No.: 07-cv-0864
        Plaintiff,

v.

AMERICAN CYANAMID, et al.,
        Defendants.

---

BRIONN STOKES                             Case No.: 07-cv-0865
        Plaintiff,

v.

AMERICAN CYANAMID, et al.,
        Defendants.

---

CESAR SIFUENTES                         Case No.: 10-cv-0075
        Plaintiff,

v.

AMERICAN CYANAMID, et al.,
        Defendants.

---

1

| | |
|---|---|
| MANIYA ALLEN, et al.,<br>　　　Plaintiffs<br>v.<br>AMERICAN CYANAMID, et al.,<br>　　　Defendants. | Case No.: 11-cv-0055 |

| | |
|---|---|
| DEZIREE VALOE, et al.,<br>　　　Plaintiffs<br>v.<br>AMERICAN CYANAMID, et al.,<br>　　　Defendants. | Case No.: 11-cv-0425 |

| | |
|---|---|
| DIJONAE TRAMMELL, et al.,<br>　　　Plaintiffs<br>v.<br>AMERICAN CYANAMID, et al.,<br>　　　Defendants. | Case No.: 2:14-cv-01423-LA |

## ORDER

Consistent with this Court's Order of November 10, 2014, which is incorporated herein by reference,

IT IS ORDERED:

NL Industries, Inc. may be and is hereby dismissed from these lawsuits, together with any and all claims set forth against it in the pleadings, with prejudice, but without costs.

Dated at Milwaukee, Wisconsin this 9th day of December, 2014.

　　　　　　　　　　　　　　　　　　s/ Lynn Adelman

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Lynn Adelman
　　　　　　　　　　　　　　　　　　District Judge

2