# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**GLEN BURTON, JR.,**
    Plaintiff,

    v.                                        Case No. 07-C-0303

**AMERICAN CYANAMID CO., et al.,**
    Defendant.

**RAVON OWENS,**
    Plaintiff,

    v.                                        Case No. 07-C-0441

**AMERICAN CYANAMID CO., et al.,**
    Defendant.

**CESAR SIFUENTES,**
    Plaintiff,

    v.                                        Case No. 10-C-0075

**AMERICAN CYANAMID CO., et al.,**
    Defendant.

**ERNEST GIBSON,**
    Plaintiff,

    v.                                        Case No. 07-C-0864

**AMERICAN CYANAMID CO., et al.,**
    Defendant.

**MANIYA ALLEN, et al.,**
    Plaintiff,

    v.                                        Case No. 11-C-0055

**AMERICAN CYANAMID CO., et al.,**
    Defendant.

**DEZIREE VALOE, et al.,**
    Plaintiffs,

v.                               Case No. 11-C-0425

**AMERICAN CYANAMID CO., et al.,**
    Defendant.
_____

**DIJONAE TRAMMELL, et al.,**
    Plaintiff,

v.                               Case No. 14-C-1423

**AMERICAN CYANAMID CO., et al.,**
    Defendant.
_____

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that all actions with respect to defendant American Cyanamid Co. is hereby **DISMISSED** for lack of personal jurisdiction.

**IT IS FURTHER ORDERED AND ADJUDGED** that, with respect to all other claims of all plaintiffs against all other defendants, the plaintiffs shall take nothing by their complaints and judgment is entered in favor of the defendants on the merits.

Dated at Milwaukee, Wisconsin, this 3rd day of March, 2022.

                                                    Gina M. Colletti
                                                    Clerk

                                                    s/J. Dreckmann
                                                    (By) Deputy Clerk