# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

February 9, 2024

Before
DIANE P. WOOD, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

| Nos. 22-2636, 22-2630, 22-2632, 22-2633, 22-2634, 22-2635, & 22-2637 | LATONYA CANNON, et al., <br> Plaintiffs - Appellants <br> v. <br> ARMSTRONG CONTAINERS INC., et al., <br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court Nos: 2:07-cv-00864-LA, 2:11-cv-00055-LA, 2:11-cv-00425-LA, 2:14-cv-01423-LA <br> Eastern District of Wisconsin <br> District Judge Lynn Adelman ||

The judgments of the District Court as to the Wave 2 and Group 3 plaintiffs are AFFIRMED. The judgment as to Group 4 is REVERSED, and the cases are REMANDED to the district court for further proceedings consistent with the opinion.

The above is in accordance with the decision of this court entered on this date. The parties will bear their own costs.

Clerk of Court

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 4, 2024

Before
AMY J. ST. EVE, *Circuit Judge*

| Nos. 22-2636, 22-2630, 22-2632, 22-2633, 22-2634, 22-2635 and 22-2637 | LATONYA CANNON, et al., Plaintiffs - Appellants v. ARMSTRONG CONTAINERS INC., et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court Nos.: 2:14-cv-01423-LA, 2:11-cv-00425-LA, 2:07-cv-00864-LA and 2:11-cv-00055-LA<br>Eastern District of Wisconsin<br>District Judge Lynn Adelman ||

Upon consideration of the **APPLICATION FOR A STAY OF MANDATE PENDING PETITION FOR WRIT OF CERTIORARI**, filed on February 29, 2024, by counsel for the appellants,

**IT IS ORDERED** that the motion to stay the mandate is **DENIED**.

form name: **c7_Order_3J**　　(form ID: **177**)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**NOTICE OF ISSUANCE OF MANDATE**

March 11, 2024

To: Gina M. Colletti
UNITED STATES DISTRICT COURT
Eastern District of Wisconsin
Milwaukee, WI 53202-0000

| | |
|---|---|
| No. 22-2636 | LATONYA CANNON, et al.,<br>　　　Plaintiffs - Appellants<br><br>v.<br><br>ARMSTRONG CONTAINERS INC., et al.,<br>　　　Defendants - Appellees |
| No. 22-2630 | ERNEST GIBSON, et al.,<br>　　　Plaintiffs - Appellants<br><br>v.<br><br>ARMSTRONG CONTAINERS INC., et al.,<br>　　　Defendants - Appellees |
| No. 22-2632 | LATONYA CANNON, et al.,<br>　　　Plaintiffs - Appellants<br><br>v.<br><br>ARMSTRONG CONTAINERS INC., et al.,<br>　　　Defendants - Appellees |
| No. 22-2633 | ANTHONY THOMPSON, Deceased, and LEAH DAVIS, Deceased,<br>　　　Plaintiffs - Appellants<br><br>v. |

|  | ARMSTRONG CONTAINERS INC., et al.,<br>　　　Defendants - Appellees |
|---|---|
| No. 22-2634 | MANIYA ALLEN, et al.,<br>　　　Plaintiffs - Appellants<br><br>v.<br><br>ARMSTRONG CONTAINERS INC., et al.,<br>　　　Defendants - Appellees |
| No. 22-2635 | ERNEST GIBSON, et al.,<br>　　　Plaintiffs - Appellants<br><br>v.<br><br>ARMSTRONG CONTAINERS INC., et al.,<br>　　　Defendants - Appellees |
| No. 22-2637 | MANIYA ALLEN, et al.,<br>　　　Plaintiffs - Appellants<br><br>v.<br><br>ARMSTRONG CONTAINERS INC., et al.,<br>　　　Defendants - Appellees |

**Originating Case Information:**

District Court No: 2:14-cv-01423-LA
Eastern District of Wisconsin
District Judge Lynn Adelman

**Originating Case Information:**

District Court No: 2:11-cv-00055-LA
Eastern District of Wisconsin
District Judge Lynn Adelman

**Originating Case Information:**

District Court No: 2:07-cv-00864-LA
Eastern District of Wisconsin

**Originating Case Information:**

District Court No: 2:11-cv-00425-LA
Eastern District of Wisconsin

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:   No record to be returned

form name: **c7_Mandate**   (form ID: **135**)