UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| ERNEST GIBSON,<br>            Plaintiff,<br>v.<br>AMERICAN CYANAMID COMPANY, *et al.*,<br>            Defendants. | Case No. 2:07-CV-00864-LA |

## NOTICE OF WITHDRAWAL OF COUNSEL FOR
## DEFENDANT EIDP, INC. F/K/A E. I. DU PONT DE NEMOURS AND COMPANY'S

To: The Clerk of Court and All Counsel of Record

PLEASE TAKE NOTICE that the following attorneys should be withdrawn as counsel of record for Defendant EIDP, Inc. f/k/a E. I du Pont de Nemours and Company, and should be removed from the service list in this matter.

- Steven R. Williams, formerly of McGuireWoods LLP, as Mr. Williams is no longer with the firm;

- Eric S. Fleming, formerly of McGuireWoods LLP, as Mr. Fleming is no longer with the firm;

- Jontille D. Ray, as Ms. Ray no longer represents EIDP, Inc. in this matter;

- R. Trent Taylor, as Mr. Taylor no longer represents EIDP, Inc. in this matter;

- Lisa M. Sharp, formerly of McGuireWoods LLP, as Ms. Sharp is no longer with the firm; and

- Jonathan J. Strasburg, formerly of Michael Best & Friedrich LLP, as Mr. Strasburg is no longer with the firm.

All other counsel who have previously appeared for EIDP, Inc. including undersigned counsel, will continue to do so.

Dated this 20th day of June, 2024.

Respectfully submitted,

/s/ *Sylvia Macon Kastens*

Joy C. Fuhr, Esq.
Brian D. Schmalzbach, Esq.
Christian E. Henneke, Esq.
McGuireWoods LLP
Gateway Plaza
800 E Canal Street
Richmond, VA 23219
(804) 775-1806
(804) 698-2306 (fax)
jfuhr@mcguirewoods.com
bschmalzbach@mcguirewoods.com
chenneke@mcguirewoods.com

Sylvia Macon Kastens, Esq.
McGuireWoods LLP
World Trade Center
101 W Main Street
Suite 9000
Norfolk, VA 23510
(757) 640-3757
(757) 640-3967 (fax)
skastens@mcguirewoods.com

Paul E. Benson (1001457)
MICHAEL BEST & FRIEDRICH LLP
790 North Water Street, Suite 2500
Milwaukee, WI 53202
Telephone: (414) 271-6560
pebenson@michaelbest.com

**Counsel for Defendant EIDP, Inc f/k/a E. I du Pont de Nemours and Company**