| | |
|---|---|
| ERNEST GIBSON, | |
|     Plaintiff, | |
| v. | |
| AMERICAN CYANAMID CO.; and NL INDUSTRIES, INC., | |
|     Defendants, and | |
| ARMSTRONG CONTAINERS, INC.; ATLANTIC RICHFIELD COMPANY; EIDP, INC.; and THE SHERWIN-WILLIAMS COMPANY, | Case No. 2:07-cv-00864<br><br>Jury Trial Demanded<br><br>Electronically Filed |
|     Defendants and Third-Party Plaintiffs, | |
| v. | |
| M & B REALTY, INC.; JOHN R. BRODERSEN; JAMES A. METZ; 2905 WISCONSIN LLC; JAMES M. CROSBIE; BRENDAN L. SULLIVAN; KEITH D. O'DONNELL; and JOHN DOES 1-10, | |
|     Third-Party Defendants, and | |
| ARMSTRONG CONTAINERS, INC.; EIDP, INC.; and THE SHERWIN-WILLIAMS COMPANY, | |
|     Defendants and Third-Party Plaintiffs, | |
| v. | |
| NL INDUSTRIES, INC., | |
|     Third-Party Defendant. | |

**SCHEDULING ORDER**

On January 30, 2025, the Court held a scheduling conference to discuss a case management plan and discovery schedule.

IT IS ORDERED THAT:

1. Plaintiffs shall provide supplemental authorizations for all of their medical providers, schools, and employers and produce all relevant documents in their possession, custody, or control no later than **March 31, 2025**.

2. Plaintiffs shall produce all paint chip and dust wipe samples and any other evidence collected from each alleged exposure address no later than **May 30, 2025**.

3. Supplemental and additional document and written discovery shall be completed no later than **September 5, 2025**.

4. Additional parties shall be joined no later than **September 5, 2025**.

5. Fact witness depositions shall be completed on or before **November 21, 2025**.

6. Plaintiffs shall disclose expert witnesses and reports consistent with Rule 26(a)(2) on or before **January 30, 2026**.

7. Defendants shall disclose expert witnesses and reports consistent with Rule 26(a)(2) on or before **March 21, 2026**.

8. Third-party expert reports and rebuttal reports shall be disclosed on or before **April 20, 2026**.

9. All discovery shall be completed no later than **July 3, 2026**.

10. All dispositive motions must be served and filed on or before **September 4, 2026**.

11. Opposition briefs to dispositive motions must be served and filed on or before **October 9, 2026**. Reply briefs must be served and filed on or before **October 30, 2026**.

Dated at Milwaukee, Wisconsin, this 30th day of January, 2025.

                                                 s/ Lynn Adelman
                                                 LYNN ADELMAN
                                                 District Judge